HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MICHAEL AUGUST MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL AUGUST MOORE,<br><br>Defendant. | Case No. 2:24-CR-00057-DAD<br><br>**STIPULATION AND ORDER SETTING ADMIT/DENY AND DISPOSITIONAL HEARING**<br><br>Date: April 16, 2024<br>Time: 9:30 a.m.<br>Court: Hon. Dale A. Drozd |

Defendant, MICHAEL AUGUST MOORE, by and through his counsel of record Assistant Federal Defender Meghan D. McLoughlin, and Plaintiff, United States of America, by and through its counsel of record Assistant United States Attorney Alstyn Bennett, hereby stipulate as follows:

1. Jurisdiction over Mr. Moore's term of supervised release was transferred from the Central District of California to the Eastern District of California on March 14, 2024. *See* Dkt. 1.

2. Pending in this matter is a Petition for Violation of Supervised Release, based in part on state convictions from 1996. *See* Case No. 2:90-cr-00677-RSWL-1, C.D.C.A.

3. Mr. Moore initially appeared on the Petition in this District on January 29, 2024, pursuant to Fed. R. Crim P. 5(c)(3). *See* Case No. 2:24-mj-00011-AC, Dkt. 2.

4. On February 1, 2024, Mr. Moore was released from custody pending the violation proceedings. *See id*. Dkt. 4, 5.

5. The parties, including United States Probation, have conferred regarding a resolution of this matter and agree that Mr. Moore will admit to his state court convictions as violations of his conditions of supervised release, and that the parties will jointly recommend that he be sentenced to a term of time served, with no supervision to follow.

6. As such, the parties now jointly request that the Court set this case for both an admit/deny hearing and a dispositional hearing on April 16, 2024 at 9:30 a.m.

7. The parties request that both hearings be set on the same date in order to proceed with the admission hearing and immediately move forward with a hearing on the parties' proposed sentence.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 1, 2024       */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
MICHAEL AUGUST MOORE

Date: April 1, 2024       */s/ Alstyn Bennett*
Alstyn Bennett
Assistant United States Attorney

*United States v. Moore –*
Stipulation Setting Admit/Deny and
Disposition Hearing; ORDER

2

**ORDER**

As stipulated by the parties, this matter is set for both an Admit/Deny Hearing and a Dispositional Hearing on April 16, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **April 1, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

*United States v. Moore –*
Stipulation Setting Admit/Deny and
Disposition Hearing; ORDER

3